1
2
3
4
5

6   **UNITED STATES DISTRICT COURT**
    **WESTERN DISTRICT OF WASHINGTON**
7                **AT SEATTLE**

8   ROBERTO A. VENTURA MACHIC,                )
                                                )
9                          Petitioner,          )   Case No. C11-1447-RSL
                                                )
10          v.                                   )
                                                )   **ORDER GRANTING**
11  NATHALIE ASHER, Field Office Director,      )   **PETITIONER'S PETITION**
                                                )   **FOR WRIT OF HABEAS**
12                         Respondent.           )   **CORPUS**
                                                )
13  _____    )

14      The Court, having reviewed Petitioner's Petition for Writ of Habeas Corpus (Dkt. # 4),

15  Respondent's Return and Motion to Dismiss (Dkt. # 10), the Report and Recommendation of the

16  Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. # 13), Respondent's

17  Response to the Report and Recommendation (Dkt. ## 14-15), and the remaining record, finds

18  and orders as follows:

19      (1)   The Court adopts the Report and Recommendation and notes that the subsequent

20            denial of Petitioner's application for withholding of removal and relief under the

21            Convention Against Torture (Dkt. # 15) does not materially change Petitioner's

22            circumstances.  Because he is still "may file an appeal with the [BIA]" (Dkt. # 13

23            at 6), removal is not likely to occur in the reasonably foreseeable future.

ORDER GRANTING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS - 1

(2) Petitioner's Petition for Writ of Habeas Corpus (Dkt. # 4) is **GRANTED**, and Respondent's Return and Motion to Dismiss (Dkt. # 10) is **DENIED**.

(3) Respondent shall provide Petitioner with a bond hearing before an immigration judge within thirty days of this Order, and Petitioner shall be released from detention unless the government establishes that he is a flight risk or a danger to the community.

DATED this 19th day of March, 2012.

*[signature]*
Robert S. Lasnik
United States District Judge